# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **OZIE RAMBO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3-16-cv-1222-O** |
| | § | |
| **LUPE VALDEZ et al.,** | § | |
| | § | |
| **Defendants.** | § | |


## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 8. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Accordingly, the Magistrate Judge's decision is **AFFIRMED**, and this case is **DISMISSED with prejudice**.

**SO ORDERED** on this **17th day** of **September, 2016.**


_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

1